## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:19-cv-00225-GZS |
| | ) |
| PURVIS HOME IMPROVEMENT CO., INC., | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

Plaintiff and Defendant having jointly moved for judgment (ECF No. 30), and Defendant having appeared and consented to entry of such judgment, and such motion having been granted by the Court, it is therefore **ORDERED** that:

Defendant shall pay to the United States of America the amount of Forty-Five Thousand Dollars ($45,000.00) in full resolution of this action and the pending Motion for Summary Judgment (ECF No. 29), with each party to bear its own costs.


Date:  May 26, 2020

/s/ George Z. Singal
George Z. Singal
U.S. District Judge

**SEEN AND AGREED:**

COUNSEL FOR PLAINTIFF

HALSEY B. FRANK
United States Attorney

/s/ Andrew K. Lizotte
Andrew K. Lizotte, AUSA
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 771-3246
Andrew.Lizotte@usdoj.gov

May 21, 2020

COUNSEL FOR DEFENDANT

/s/ Thomas F. Hallett, Esq.
Thomas F. Hallett, Esq.
HALLETT WHIPPLE WEYRENS
6 City Center, Suite 208
Portland, ME 04101
(207) 464-8044
thallett@hww.law

May 21, 2020